IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

RANDY REESE, JESSICA REESE,        *
and LEONARD MARSHALL,              *
                                   *
        Plaintiffs,                *
                                   *
            v.                     *          CV 118-215
                                   *
CSX TRANSPORTATION, INC.,          *
                                   *
        Defendant.                 *
                                   *
                                   *

## O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 103.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of March, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA